THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER A. ARMITAGE, Appellant. [874 NYS2d 857]—Appeal from an order of the Ontario County Court (Frederick G. Reed, J.), entered December 18, 2007. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Carni, Green and Pine, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRANDON D. YOUNG, Appellant. [874 NYS2d 856]—Appeal from a judgment of the Monroe County Court (Thomas R. Morse, A.J.), rendered January 19, 2007. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Carni, Green and Pine, JJ.